Case 4:18-cv-00501-JM   Document 1   Filed 08/01/18   Page 1 of 5

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 01 2018

JAMES W. McCORMACK, CLERK
By:_____
                DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RALPH L. BRESHEARS                               PLAINTIFF

VS.                      CASE NO. 4:18cv501-KGB
JURY TRIAL REQUESTED

CITY OF LITTLE ROCK and KENTON BUCKNER,
INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY          DEFENDANTS

## COMPLAINT

Comes now the Plaintiff, Ralph L. Breshears, by and through his attorney, Floyd A. Healy, and for his Complaint against the Defendants, City of Little Rock and Kenton Buckner, Individually and in his Official Capacity, states:

1. Plaintiff is a resident of Pulaski County, Arkansas and is a caucasian male.

2. During all times set out hereinbelow, Plaintiff was a permanent employee with the Little Rock Police Department.

3. That at all times pertinent, Plaintiff was employed by Little Rock Police Department, an agency of separate Defendant City of Little Rock.

4. Separate Defendant, City of Little Rock, is a municipality within the State of Arkansas.

5. Separate Defendant, Kenton Buckner, was the police chief of the Little Rock Police Department, and, as such, was the final policy maker on all matters set forth hereinbelow.

## JURISDICTION AND VENUE

1. This Court has original jurisdiction in this action pursuant to 42 U.S.C.

This case assigned to District Judge Baker
and to Magistrate Judge Ray

1

§2000e-5 inasmuch as the matter in controversy is brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq. This district possesses venue of this matter pursuant to 42 U.S.C. §2000e-5(f). The jurisdiction of this Court is invoked to secure protection and redress deprivation of rights guaranteed by federal law, which rights provide for injunctive relief and other relief for illegal employment discrimination. The amount in controversy in this action exceeds the jurisdictional limits of this Court.

2. That the Plaintiff has obtained from the EEOC a Notice of Right to Sue letter dated May 24, 2018. Attached hereto marked Exhibit "A" and incorporated herein by reference is a copy of said Notice of Right to Sue.

## GENERAL FACTUAL ALLEGATIONS

3. On or about June 11, 2016, the Plaintiff applied for an assignment transfer to a position centrally involving accident investigation/reconstruction.

4. Plaintiff later was advised that the position was given to a much lesser qualified black male.

5. That at the time the Plaintiff applied for the position of accident investigation/reconstruction, he was significantly more qualified with over 440 hours of accident investigation training and significant practical experience. The police officer who was selected by the "selection committee", had only about 40 hours of training with little or no practical experience in the field.

6. Prior to the selection for the position, a black female, Capt. Tonya Washington, was centrally involved in the position selection process and was in charge of the division overseeing the position. During this time period, she had made a public statement to the affect of "I'm tired of these lilly white squads", referring to her apparent

2

preference disposition to favor non-white persons. Her remark resulted in a complaint and investigation.

7.     During the selection process, it was determined that Capt. Washington and Lt. Whitten participated in the direction to a subordinate to author a memorandum recommending Officer Salaam for the job position. The memorandum obviously was pre-text for racial discrimination.

## COUNT I
## RACIAL DISCRIMINATION AGAINST PLAINTIFF RALPH BRESHEARS

8.     Plaintiff incorporates as if fully restated all of the allegations previously set forth hereinabove.

9.     During the job selection process set forth hereinabove, it is apparent that Plaintiff Ralph Breshears was the subject of racial discrimination.

10.     It was made known that members on the selection committee and the City of Little Rock Police Department were "tired of these lilly white squads".

11.     Both the City of Little Rock and Police Chief Kenton Buckner were well aware of the statements of Capt. Tonya Washington but took no steps to correct racial prejudice which was running rampant within the Little Rock Police Department.

12.     Plaintiff anticipates filing an Amended Complaint based upon acts which occurred after Plaintiff's initial EEOC complaint. However, said action is not ripe for presentation at this time.

WHEREFORE, Plaintiff Ralph Breshears demands judgment against the Defendants in an amount which will compensate him for

1.     violation of his rights under Title VII of the Civil Rights Act of 1964;

2. compensatory damages including loss wages, past and future and/or impairment of power to earn money, emotional distress and public humiliation;

3. punitive damages to punish the Defendants for its willful, wanton, oppressive, malicious, and/or grossly negligent conduct;

4. permanent injunction against future acts of discrimination and harassment against the third parties;

5. Plaintiff demands a trial by jury on all issues so triable;

6. costs expended herein, including reasonable attorney's fees;

7. pre-judgment and post-judgment interest; and

8. All other just and proper relief to which he is entitled.

Respectfully submitted,
FLOYD A. HEALY #86086
Attorney at Law
#8 Shackleford Plaza, Suite 103
Little Rock, AR 72211
(501) 224-5551

By: _____
Floyd A. Healy, Bar No. 86086

**U.S. Department of Justice**

Civil Rights Division

---

JMG:KDW:KLF
DJ 170-9E-120

Employment Litigation Section - PHB
950 Pennsylvania Avenue, NW
Washington, DC 20530
www.usdoj.gov/crt/emp

MAY 24 2018

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

CERTIFIED MAIL 7016 2140 0000 5581 2703
RETURN RECEIPT REQUESTED

Mr. Ralph L. Breshears
110 Montpellier Drive
Maumelle, AR 72113

                Re:    Ralph L. Breshears v. City of Little Rock Police
                       Department, EEOC Charge No. 493-2016-01636

Dear Mr. Breshears:

    It has been determined that the Department of Justice will not file suit on the above-referenced charge of discrimination that was referred to us by the Equal Employment Opportunity Commission (EEOC). This should not be taken to mean that the Department of Justice has made a judgment as to whether or not your charge is meritorious.

    You are hereby notified that conciliation in this matter was unsuccessful by the EEOC. You are further notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e et seq., against the above-named respondent. If you choose to commence a civil action, such suit must be filed in the appropriate court within 90 days of your receipt of this Notice.

    Therefore, you should consult an attorney of your own choosing at your earliest convenience. If you are unable to locate an attorney, you may wish to contact the EEOC, or apply to the appropriate court, since that court may appoint an attorney in appropriate circumstances under Section 706(f)(1) of Title VII, 41 U.S.C. 2000e-5(f)(1).

    We are returning the files in this matter to EEOC's Little Rock Area Office. If you or your attorney have any questions concerning this matter or wish to inspect the investigative file, please feel free to address your inquiry to: William A. Cash, Jr., Director, EEOC, 820 Louisiana St., Ste. 200, Little Rock, AR 72201.

                                              Sincerely,

                                              John M. Gore
                                              Acting Assistant Attorney General
                                              Civil Rights Division

                By: *[signature]*

                                              Karen D. Woodard
                                              Principal Deputy Chief
                                              Employment Litigation Section

cc:    City of Little Rock Police Department c/o William C. Mann, III, Chief Deputy City Attorney
        EEOC, Little Rock Area Office

Exhibit  A