IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RALPH L BRESHEARS**             **PLAINTIFF**

v.          Case No. 4:18-cv-00774-LPR

**CITY OF LITTLE ROCK,** *et. al.*          **DEFENDANTS**

## JUDGMENT ORDER

Pursuant to the Order filed on June 25, 2020, it is considered, ordered, and adjudged that judgment be entered in favor of Defendants on all claims.

IT IS SO ADJUDGED this 25th day of June 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT